Taylor G. Ostrowski -Wyoming Bar No. 8-7037
Montgomery | Amatuzio
720 South Colorado Boulevard, Suite 1200-N
Denver, Colorado 80246
Telephone: 303-592-6600
tostrowski@mac-legal.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STRIDE LEARNING CENTER, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 25-cv-00146-SPK |
| ) | |
| GREAT AMERICAN INSURANCE ) | |
| COMPANY ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Great American Insurance Company ("GAICC"), by and through its attorney of record, Montgomery | Amatuzio, and Plaintiff Stride Learning Center Inc., by and through its attorney of record, Merlin Law Group, hereby stipulate and agree to the following:

1. The parties have compromised and settled all claims asserted by Plaintiff Stride Learning Center, Inc.

2. The parties stipulate and agree that the above-captioned matter should be dismissed with prejudice, with each party to pay their own costs and attorneys' fees.

1

WHEREFORE, the parties respectfully request that the Court grant this Stipulation for Dismissal.

Respectfully filed December 19, 2025.

| | |
|---|---|
| *s/ Matthew E. Stalcup* | *s/ Taylor G. Ostrowski* |
| Jonathan W. Bukowski | Taylor G. Ostrowski |
| Matthew E. Stalcup | Montgomery \| Amatuzio |
| Merlin Law Group, PLLC | 720 South Colorado Boulevard |
| 1001 17th Street, Suite 1150 | Suite 1200-N |
| Denver, CO 80202 | Denver, Colorado 80246 |
| Telephone (720)665-9680 | Telephone: 303-592-6600 |
| Email: jbuowski@merlinlawgroup.com | tostrowski@mac-legal.com |
| | |
| Attorney for Plaintiff | Attorney for Defendant GAICC |

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2025, a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** was served on all represented parties, through their counsel of record, using Wyoming Courts E-Filing system or email, and on all pro se parties by email or by United States mail.

*s/ Samantha Trujillo*
Samantha Trujillo, Legal Assistant